# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0063.  BLOWBLISS v. QUICK-MED, INC. et al.**

On August 31, 2012, the Appellees filed a Motion to Stay Appeal pending the trial court's determination of the Appellees' timely filed motions for new trial and motion for judgment notwithstanding the verdict. Subsequently, on September 7, 2012, the parties filed a joint consent motion seeking a remand of the case to the trial court.  Because a trial court retains jurisdiction to determine a timely filed motion for new trial,[1] and the appeal is therefore not ripe for review, we hereby grant the parties' joint consent motion and **REMAND** the case to the trial court for determination of those motions.  The Motion to Stay the Appeal is hereby **DENIED AS MOOT**. When the trial court issues a ruling upon the post-judgment motions described above, jurisdiction in this Court will ripen, and the clerk of the State Court of Fulton County is **DIRECTED** to re-transmit the record, including a copy of this order, to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/12/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] *Housing Auth. of Atlanta v. Geter*, 252 Ga. 196, 197 (312 SE2d 309) (1984).